**Order entered January 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00044-CR

**MARCUS TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-52032-T**

## ORDER

We **GRANT** Official Court Reporter Susan Peters Tabaee's January 24, 2013 request for

an extension of time to file the reporter's record to the extent the reporter's record shall be due

**THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE